Edmond E. Salem, Esq. (State Bar No. 228274)
  ees@thesalemlawfirm.com
Samy M. Harmoush, Esq. (State Bar No. 309966)
  smh@thesalemlawfirm.com
**THE SALEM LAW FIRM, APLC**
2001 Wilshire Blvd., Suite 305
Tel: (310) 828-7882
Fax: (310) 828-7434

Attorneys for Plaintiff, CARRIE LANE

Eugene Egan (State Bar No. 130108)
  eje@manningllp.com
Anthony Werbin (State Bar No. 285684)
  aww@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARRIE LANE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a California corporation; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-07698-ODW (RAOx)<br><br>**[PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

///

4828-3778-1337.1

-1-

**[PROPOSED] ORDER GRANTING REMAND**

The Stipulation of Defendant TARGET CORPORATION and Plaintiff CARRIE LANE for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. BC611727.

Dated: January 8, 2018

UNITED STATES DISTRICT JUDGE